No. 09-10413. Steven L. Petty, Petitioner v. Rita Lavonne Petty.

561 U.S. 1030, 130 S. Ct. 3512, 177 L. Ed. 2d 1100, 2010 U.S. LEXIS 5480.

June 28, 2010. Petition for writ of certiorari to the Court of Appeals of North Carolina denied.

Same case below, 199 N.C. App. 192, 680 S.E.2d 894.

No. 09-10415. William Klein, Petitioner v. Florida.

561 U.S. 1030, 130 S. Ct. 3513, 177 L. Ed. 2d 1100, 2010 U.S. LEXIS 5451.

June 28, 2010. Petition for writ of certiorari to the District Court of Appeal of Florida, Second District, denied.

Same case below, 19 So. 3d 991.

No. 09-10421. Steven Canter, Petitioner v. Ohio.

561 U.S. 1030, 130 S. Ct. 3513, 177 L. Ed. 2d 1100, 2010 U.S. LEXIS 5366.

June 28, 2010. Petition for writ of certiorari to the Court of Appeals of Ohio, Franklin County, denied.

No. 09-10426. Charlie Wilton Pyle, Jr., Petitioner v. California.

561 U.S. 1030, 130 S. Ct. 3513, 177 L. Ed. 2d 1100, 2010 U.S. LEXIS 5331.

June 28, 2010. Petition for writ of certiorari to the Supreme Court of California denied.

No. 09-10427. Perry Pooler, Petitioner v. Burl Cain, Warden.

561 U.S. 1030, 130 S. Ct. 3514, 177 L. Ed. 2d 1100, 2010 U.S. LEXIS 5414.

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

No. 09-10444. Reginald D. McAfee, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions.

561 U.S. 1031, 130 S. Ct. 3514, 177 L. Ed. 2d 1100, 2010 U.S. LEXIS 5329.

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

No. 09-10445. Craig E. Mendenhall, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.

561 U.S. 1031, 130 S. Ct. 3514, 177 L. Ed. 2d 1100, 2010 U.S. LEXIS 5510,

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

No. 09-10451. Richard Geise, Jr., Petitioner v. Scott M. Kernan, Warden, et al.

561 U.S. 1031, 130 S. Ct. 3514, 177 L. Ed. 2d 1100, 2010 U.S. LEXIS 5517.

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.